**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
**JASON MARCELLE**          : CIVIL ACTION
                            :
**v.**                      :
                            :
**CITY OF ALLENTOWN, et al**  : NO.: 07-CV-4376
_____ :

**UNOPPOSED MOTION TO AMEND CAPTION**
**TO CORRECT NAMES OF PLAINTIFFS**

1. This case stems from a motor vehicle collision in which Plaintiff, Jason Marcelle was injured and four year old Davaiay LeGrand was killed.

2. Plaintiff, Crystal LeGrand filed an action against the defendants stemming from this collision, which was docketed as Civil Case Number 07-cv-4347.

3. Plaintiff, Marcelle filed a separate action against the defendants stemming from this action, which was docketed as Civil Case Number 07-CV-4376.

4. After the parties for both actions stipulated to consolidation of the two actions, the actions were consolidated as Civil Case Number 07-CV-4376.  See Document No. ____.

5. At present, the caption reflects only Jason Marcelle as a Plaintiff in this matter.

6. The caption should reflect the identities of the Plaintiffs as, "JASON MARCELLE, and CRYSTAL LEGRAND, individually and as Administratrix of the Estate of DAVAIAY LEGRAND, and as parent and natural guardian of SHIANTI LEGRAND and NIJAIRE LEGRAND, minors."

7. All parties have stipulated to the amendment of the caption to reflect the proper

identities of the Plaintiffs as set forth in paragraph 6, above.  See stipulation attached as **Exhibit A**.

                                  ABRAHAM BAUER & SPALDING P.C.

                                  /s/ C. Theresa Barone
                    BY: _____
                                  C. THERESA BARONE
                                  Counsel for Plaintiff

            3/16/2009
DATE: _____