IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON MARCELLE<br>        Plaintiff,<br>v.<br><br>ALLENTOWN POLICE DEPARTMENT et al.<br>        Defendants.<br><br>AND<br><br>CRYSTAL LEGRAND, individually and as Administratrix of the Estate of DAVIAY LEGRAND, and as parent and natural guardian of SHIANTI LEGRAND and NIJAIRE JONES, minors<br>        Plaintiff,<br>v.<br><br>ALLENTOWN POLICE DEPARTMENT, et al.,<br>        Defendants. | CIVIL ACTION NO. 07-04376<br><br>(Stengel, J.) |

## CERTIFICATE OF SERVICE

I, Robert G. Bauer, Esquire, of The Bauer Law Firm, P.C., do hereby certify that on June 6, 2011 I served upon the below named individual(s)/company(s) a true and correct copy of the Petition to Allocate Settlement Proceeds, Approve Settlement for the Estate of Daviay Legrand, and Approve Minors' Compromise, referencing the above captioned matter, addressed as follows, via Certified Return Receipt Requested (Return Receipts are attached):

                          Andre Watley
                          Inmate # JS9945
                          10745 Route 18
                          Albion, PA 16475

                          THE BAUER LAW FIRM, P.C.

                          *Robert G. Bauer, Esquire*
                          Robert G. Bauer, Esquire
                          200 Four Falls Corporate Center, Suite 312
                          West Conshohocken, PA 19428
Date: June 16, 2011              (484) 222-2468

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _S. Roberts_  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name): S. ROBERT   C. Date of Delivery: 6/6/11 |
| 1. Article Addressed to:<br><br>Andre Watley<br>Inmate # JS9945<br>10745 Rt. 18<br>Albion, PA 16475 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 3090 0001 6364 1041 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540