IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON MARCELLE and CRYSTAL LEGRAND, individually and as Administratrix of the Estate of DAVAIAY LEGRAND, and as parent and natural guardian of S.L. and N.L., minors,<br>　　　　　Plaintiffs<br><br>　　vs.<br><br>CITY OF ALLENTOWN, et al.,<br>　　　　　Defendants | : : : : : : : : : : : : : | CIVIL ACTION<br><br><br>NO. 07-CV-4376 |

**O R D E R**

**AND NOW,** this   31st   day of October, 2011, upon the agreement of the parties, the Order dated October 14, 2011 (Document #104)[1] is hereby AMENDED to reflect the following change in the apportionment of the settlement to Plaintiff Crystal LeGrand:

(1) $145,000 of the settlement proceeds shall be distributed to Crystal LeGrand, mother of the decedent on the wrongful death claim;

(2) $5,000 of the settlement proceeds shall be distributed to Intervenor Plaintiff Andre Raymelle Watley, biological father of the decedent; and

(3) All other provisions of the total settlement distribution shall remain as ordered in my previous Order.

BY THE COURT:

　/s/ Lawrence F. Stengel　
LAWRENCE F. STENGEL, J.

---

[1] This Order approved and adopted the Report and Recommendation of Magistrate Judge Henry S. Perkin and the Petition to Allocate for Settlement Proceeds, Approve Settlement for the Estate of Daviay Legrand, and Approve Minors' Compromise.